UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED OSMANN-MUHAMUD, | NO. CV 16-5705 SVW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JEH C. JOHNSON, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Petition Without Prejudice As Moot,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 11/22/11

STEPHEN V. WILSON
United States District Judge